# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132028

TODD MATTHEW CELLEY,
      Plaintiff-Appellant,

v

                                   SC: 132028
                                   COA: 269117
                                   Washtenaw CC: 04-001036-NH

LYNN B. D'ORIO,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 1, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006                     _____

d1120                                        Clerk